# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHARLES GILLENWATER,

                Plaintiff,

                JUDGMENT IN A CIVIL CASE

                v.

ROSANNA PETERSON,

                CASE NUMBER: CV-13-112-JPH

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Report and Recommendation, ECF No. 4, is ADOPTED in its entirety, the Motion, ECF No. 3, is GRANTED, and this action is DISMISSED without prejudice to Plaintiff filing a new action in which he either pays the full filing fee of $400.00 ($350.00 filing fee, plus $50.00 administrative fee), or seeks leave to proceed in forma pauperis.

May 23, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia